**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-23346-JB**

WINDY LUCIUS,

Plaintiff,

v.

FACIALMANIA FRANCHISING LLC,

Defendant.
_______________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with Prejudice filed by the parties in ECF No. [10], in which they stipulate to the dismissal of this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2025.

_______________________________________

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**